**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Gary Dubinsky** | Social Security number or ITIN **xxx–xx–3313** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **16–23671–CMB**

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gary Dubinsky

2/15/17

**By the court:**   Carlota M. Bohm
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-23671-CMB
Gary Dubinsky                                                       Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: admin           Page 1 of 2           Date Rcvd: Feb 15, 2017
                            Form ID: 318          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2017.
```
db             +Gary Dubinsky,    107 Long Avenue,    Belle Vernon, PA 15012-2613
14298229       +Carroll Township Sewage Authority,    P.O. Box 661,    Donora, PA 15033-0661
14298230       +Colonial Acceptance,    312 Fallowfield Avenue,    P.O. Box 25,    Charleroi, PA 15022-0025
14298231       +Comcast,    300 Corliss Street,    Pittsburgh, PA 15220-4864
14298232       +Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5142
14298234        Fayette Waste, LLC,    1790 Pittsburgh Road,    Waltersburg, PA 15488
14298235        Monongahela Valley Hospital,    1163 Country Club Road,    Monongahela, PA 15063-1095
14298237        Peoples Natural Gas,    P.O. Box 535322,    Pittsburgh, PA 15253-5322
14298239       #+Stellar Recovery, Inc.,    1327 Highway 2 West,    Kalispell, MT 59901-3413
14306729       +The Danbury Mint,    47 Richards Avenue,    Norwalk, CT 06857-0001
14306731        Universal Fidelity Corp.,    P.O. Box 941911,    Houston, TX 77094-8911
14298240       +Verizon,    900 Merchants Concourse,    Westbury, NY 11590-5142
14306732        Waste Management,    P.O. Box 13577,    Philadelphia, PA 19101-3577
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 16 2017 01:42:15      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
cr              EDI: RECOVERYCORP.COM Feb 16 2017 01:38:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL 33131-1605
14298227        EDI: CINGMIDLAND.COM Feb 16 2017 01:38:00      AT&T Mobility,    5020 Ash Grove Road,
                 Springfield, IL 62711-6329
14298228        EDI: CAPITALONE.COM Feb 16 2017 01:38:00      Capital One,    c/o TSYS Total Debt Management,
                 P.O. Box 5155,    Norcross, GA 30091
14298233        EDI: ESSL.COM Feb 16 2017 01:38:00      Dish Network,    P.O. Box 94063,
                 Palatine, IL 60094-4063
14306730       +EDI: IIC9.COM Feb 16 2017 01:38:00      IC System, Inc.,    444 Highway 96 East,    P.O. Box 64378,
                 Saint Paul, MN 55164-0378
14298236       +E-mail/Text: csc.bankruptcy@amwater.com Feb 16 2017 01:43:23      Pennsylvania American Water,
                 P.O. Box 578,    Alton, IL 62002-0578
14298238       +E-mail/Text: bankruptcyteam@quickenloans.com Feb 16 2017 01:42:56       Quicken Loans, Inc.,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
14301291        EDI: RECOVERYCORP.COM Feb 16 2017 01:38:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14298241       +E-mail/Text: bankruptcy@firstenergycorp.com Feb 16 2017 01:42:38       West Penn Power,
                 1310 Fairmont Avenue,    Fairmont, WV 26554-3526
                                                                                               TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2017 at the address(es) listed below:
```
              Charles O. Zebley, Jr.   on behalf of Debtor Gary  Dubinsky COZ@Zeblaw.com, Lori@Zeblaw.com,
               Janet@Zeblaw.com
              James Warmbrodt   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2           User: admin               Page 2 of 2                Date Rcvd: Feb 15, 2017
                               Form ID: 318              Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Robert H. Slone, Trustee    robertslone223@gmail.com,  rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                                                                                                   TOTAL: 4